**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SHEILA BISHOP, | § | **No. 3:11-CV-598-M** |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| NORTHSTAR LOCATION | § | |
| SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF VOLUNTARY DISMISSAL

SHEILA BISHOP (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to

FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court

Order) voluntarily dismisses, with prejudice, NORTHSTAR LOCATION SERVICES, LLC.,

(Defendant), in this case.


DATED:  July 28, 2011                     RESPECTFULLY SUBMITTED,

                          By:___/s/ Peter Cozmyk_____
                              Peter Cozmyk,
                              Attorney for Plaintiff
                              Bar No: 0078862
                              Krohn & Moss, Ltd.
                              3 Summit Park Drive
                              Suite 140
                              Independence, Ohio 44131
                              phone: (323) 988-2400 ext. 213
                              fax: (866) 425-3459
                          e-mail: pcozmyk@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2011, I electronically filed the foregoing with the Clerk

of the Court by using the CM/ECF System. A true and correct copy of said Notice was

electronically submitted by electronic mail to the following:


Linda M. Leising
Compliance Officer
Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225
lleising@northstarlocation.com

By:___/s/ Peter Cozmyk_____
        Peter Cozmyk,
        Attorney for Plaintiff

VOLUNTARY DISMISSAL